The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL L. ISENBERG,<br><br>     Plaintiff,<br><br> v.<br><br>JOINT BASE LEWIS MCCHORD,<br><br>     Defendant. | Case No. 3:24-cv-05866-JCC<br><br>[PROPOSED] ORDER GRANTING JBLM'S MOTION TO AMEND CAPTION TO ADD WESTERN TOWING AS A DEFENDANT<br><br>**Clerk's Action Required** |

The Court, having considered JBLM's Motion to Amend Caption, hereby ORDERS that the Clerk of the Court add ~~Wilson~~ <u>Western</u> Towing as a defendant in addition to defendant JBLM, as follows:

MICHAEL L. ISENBERG,

     Plaintiff,

 v.

JOINT BASE LEWIS MCCHORD and WESTERN TOWING,

     Defendants.

ORDER GRANTING JBLM'S MOTION TO AMEND CAPTION
[Case No. 3:24-cv-05866-JCC] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is hereby so **ORDERED**.

DATED this   6th   day of       March       , 2025.

*signature*

JOHN C. COUGHENOUR
United States District Judge

Presented by:

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Rebecca S. Cohen*
REBECCA S. COHEN, WSBA No. 31767
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: rebecca.cohen@usdoj.gov

*Attorneys for Defendant JBLM*

ORDER GRANTING JBLM'S MOTION TO AMEND CAPTION
[Case No. 3:24-cv-05866-JCC] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970